FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 SEP 22 P 1: 59

CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

SCOURTERRIOUS LOFTON,

      Plaintiff,

vs.

JIM WETHERINGTON, Commissioner;
JOHNNY SIKES, Regional Manager;
HUGH SMITH, Warden; SANDRA
MOORE, Deputy Warden; STEVE
DUPREE, Unit Manager; FRED WILSON,
Counselor; JOHNNY SMITH, Correctional
Officer; KELVIN McNEAL, Correctional
Officer; JOHN WASHINGTON,
Correctional Officer; ALTON MOBLEY,
Correctional Officer; TRACY SIMMONS,
Correctional Officer; TYRONE FAIR,
Correctional Officer; ROBERT MADISON,
JR., Correctional Officer; BARNIE
DASHER, JR., Correctional Officer;
MICHAEL McGINNIS, Correctional Officer;
CO II JOHN FUTCH; JOHN DANIELS,
Correctional Officer; DHO ERIC
HEMPHILL; JUDY WILSON, Correctional
Officer; JANE WEAVER, LPN; Dr. JOHN
BURKE, and FRED BROWN, Deputy
Warden of Security,

      Defendants.

CIVIL ACTION NO.: CV604-048

## O R D E R

Defendants Dasher and Fair, by and through their counsel, have filed a Motion to Stay

Discovery. (Doc. 46.) Counsel states that these Defendants are no longer employed by the

Department of Corrections and it is believed that both Defendants are out of this country,

one possibly serving in the United States Military. Counsel seeks a stay of discovery as to

Defendants Dasher and Fair until such time as they return to the United States and can

assist counsel in responding to discovery. Plaintiff has filed a response. Said motion is **GRANTED**. Discovery as to Defendants Dasher and Fair is **stayed** until further order of the Court. Counsel for said Defendants shall advise the Court when each has ben located so that discovery can proceed against them.

**SO ORDERED**, this _22_ day of September, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

2