IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| SCOURTERRIOUS LOFTON, | :|
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO.: CV604-048 |
| JIM WETHERINGTON, Commissioner; JOHNNY SIKES, Regional Manager; HUGH SMITH, Warden; SANDRA MOORE, Deputy Warden; STEVE DUPREE, Unit Manager: FRED WILSON, Counselor; JOHNNY SMITH, Correctional Officer; KELVIN McNEAL, Correctional Officer; JOHN WASHINGTON, Correctional Officer; ALTON MOBLEY, Correctional Officer; TRACY SIMMONS, Correctional Officer; TYRONE FAIR, Correctional Officer; ROBERT MADISON, JR., Correctional Officer; BARNIE DASHER, JR., Correctional Officer; MICHAEL McGINNIS, Correctional Officer; CO II JOHN FUTCH; JOHN DANIELS, Correctional Officer; DHO ERIC HEMPHILL; JUDY WILSON, Correctional Officer; JANE WEAVER, LPN; Dr. JOHN BURKE, and FRED BROWN, Deputy Warden of Security, | : |
| Defendants. | : |

## ORDER

Plaintiff has filed a "Motion in Opposition to the Court's Order Denying Plaintiff's Motion for Order Compelling Disclosure and to Cooperate in Discovery." (Doc. 75.) After review, Plaintiff's motion is **DENIED**.

SO ORDERED, this _15th_ day of December, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)