FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JAN 17  PM 2: 0

CLERK ___
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

SCOURTERRIOUS LOFTON,

    Plaintiff,

vs.

HUGH SMITH, Warden; STEVE DUPREE, Unit Manager: FRED WILSON, Counselor; JOHNNY SMITH, Correctional Officer; KELVIN McNEAL, Correctional Officer; ALTON MOBLEY, Correctional Officer; TRACY SIMMONS, Correctional Officer; TYRONE FAIR, Correctional Officer; ROBERT MADISON, JR., Correctional Officer; BARNIE DASHER, JR., Correctional Officer; JANE WEAVER, LPN; and FRED BROWN, Deputy Warden of Security,

    Defendants.

CIVIL ACTION NO.: CV604-048

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Second Motion for Summary Judgment filed by Defendants Simmons, Fair, Madison, Dasher, Mobley, J. Smith, McNeal, and F. Wilson (Doc. No. 130) is **GRANTED**. Plaintiff's claims detailing events which allegedly occurred on April 29, 2003, May 13, 2003, and May 20, 2003, are **DISMISSED**, without prejudice, as Plaintiff failed to exhaust his administrative remedies on those claims prior to filing his complaint. As a result, Defendant McNeal is **dismissed** as a named Defendant in this case.

AO 72A
(Rev. 8/82)

Plaintiff's claims that he was subjected to the excessive use of force on May 1, 2003, that Defendants J. Smith, Mobley, Simmons, Fair, Dasher, Madison, and F. Wilson either participated in or failed to intervene in this use of force incident, that Defendant Weaver denied him adequate medical care after this alleged excessive use of force incident, and that Defendants H. Smith, Dupree, and Brown are responsible for this alleged use of excessive force by their subordinates remain pending at this time.

**SO ORDERED**, this _17_ day of _Jan._, 2007.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)