UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

SCOURTERRIOUS LOFTON,

   Plaintiff,

v.                   604CV048

HUGH SMITH, *et al.*,

   Defendants.

## ORDER

42 U.S.C. § 1983 inmate-plaintiff Scourterrious Lofton moves (doc. # 175) the Court for an Order directing the Clerk to transmit the record of this case to the Eleventh Circuit per his appeal. Doc. # 175. He cites his duty, as a litigant, to order from the court reporter all transcripts necessary to support his appeal. *Id.* (citing F.R.App.P. 10(b)(1), as well as his duty to enable the reporter and district court clerk to forward the record on appeal, F.R.App.P. 11). The Court **DENIES** this motion as moot.[1]

What Lofton really wants, evidently, is a *free* transcript,[2] which is **DENIED**, in that he demonstrates no reasonable expectation of raising any issues of even arguable merit on appeal. For that matter, his "videotape authenticity" motion (doc. # 174) is **DENIED** as untimely (the time to question its authenticity and completeness was during trial, not after an adverse verdict). Finally, plaintiff's supplemental, F.R.Civ.P. 50(b) motion (doc. # 173) is **DENIED** on the merits (he does not even come close to meeting that rule's requirements).

This ___ day of October, 2007.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] F.R.App. 11(b)(2) independently directs the Clerk to prepare and forward the record to the appeals court. There is no need for a litigant to move for this result.

[2] Lofton has not moved the Court for leave to appeal *in forma pauperis*.